

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOSEPH MCCORMICK, | § | No. 08-18-00073-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| State. | § | (TC# 17-01-08135-CRR) |
| | § | |

### O R D E R

The Court received and filed the supplemental reporter's record as requested in its order issued November 29, 2018. The appeal is therefore reinstated, and the Appellant's brief is now due January 30, 2019.

IT IS SO ORDERED this 31st day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.